UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CDO INVESTMENTS, LLC,

    Plaintiff,

v.   Case No: 2:21-cv-888-JES-DAB

KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO. LTD., and KNAUF NEW BUILDING SYSTEM (TIANJIN) CO. LTD.,

    Defendants.

---

JOHN JUDGE,

    Plaintiff,

v.   Case No: 2:21-cv-889-JES-DAB

KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO. LTD., and KNAUF NEW BUILDING SYSTEM (TIANJIN) CO. LTD.,

    Defendants.

---

MCF ENTERPRISES, INC.,

    Plaintiff,

v.   Case No: 2:21-cv-891-JES-DAB

KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO. LTD., and KNAUF NEW BUILDING SYSTEM (TIANJIN) CO. LTD.,

    Defendants.

---

CHRISTINA M. VEST obo Estate of Timothy C. Hoffman,

      Plaintiff,

v.                                              Case No: 2:21-cv-896-JES-DAB

KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO. LTD., and KNAUF NEW BUILDING SYSTEM (TIANJIN) CO. LTD.,

      Defendants.

_____

## ORDER

On March 18, 2024, the Court entered Orders (Docs. ## 99, 101, 93, 87, respectively) administratively closing the cases for a period of time to allow the parties to submit final documents. That time has now expired, and no stipulated form of final orders or judgments have been submitted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter judgment dismissing the case with prejudice, terminate all pending matters, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __2nd__ day of April 2024.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies: Counsel of record

2